UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

FCS ADVISORS, LLC,

                  Plaintiff,

     -against-

PRECISION DEVICES, LLC., et
al.,

                  Defendants.

-------------------------------------------------------------x

25-cv-8347(PKC)

SCHEDULING ORDER

CASTEL, District Judge:

        WHEREAS defendant Brunstetter has expressed an intent to move to dismiss the Complaint on the bases set forth in a five-page, single-space pre-motion letter detailing the grounds for the motions. (ECF 26.),

        WHEREAS plaintiff states in a letter to the Court its "intention to amend" at a later date depending on how the Court rules on any motion to dismiss but asks "the Court to deny Brunstetter leave to file his proposed motion. (ECF 27).

        NOW, therefore, upon consideration of the prior proceedings and the aforementioned letters, the following is ORDERED:

1.     Plaintiff may file an amended complaint by April 22, 2026.

2.     Brunstetter may file a motion to dismiss by May 8, 2026. Plaintiff shall respond to the motions by June 12, 2026. Any reply by Brunstetter shall be filed by June 26, 2026.

-2-

3.      Rule 16(b)(3)(A) provides that a Court's "scheduling order must limit the time to . . . amend the pleadings. . . ." Pursuant to that authority, the Court hereby limits the time to move to amend the Complaint or amend as of right to June 1, 2026.

4.      Discovery is stayed in this action pending the decision on the motion to dismiss.

5.      The April 13, 2026 conference is vacated.

6.       The letter motion at ECF 26 should be terminated.


SO ORDERED.

P. Kevin Castel
United States District Judge


Dated: New York, New York
        April 1, 2026